AO 442 (Rev. 01/09) Arrest Warrant

UNSEALED
PUBLIC AND UNOFFICIAL STAFF ACCESS
TO THIS INFORMATION ARE
PROHIBITED BY COURT ORDER.

# UNITED STATES DISTRICT COURT
for the
Southern District of Texas

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
FILED
JAN - 5 2022
NATHAN OCHSNER
CLERK OF COURT

| United States of America | ) |
|---|---|
| v. | ) |
| | ) Case No. 1:21-CR-0945-4 |
| **Zachary Bullard** | ) |
| *Defendant* | ) |

## ARREST WARRANT

To: Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay
*(name of person to be arrested)* **Zachary Bullard**,
who is accused of an offense or violation based on the following document filed with the court:

X Indictment  ☐ Superseding Indictment  ☐ Information  ☐ Superseding Information  ☐ Complaint
☐ Probation Violation Petition  ☐ Supervised Release Violation Petition  ☐ Violation Notice  ☐ Order of the Court

This offense is briefly described as follows:
**SEALED INDICTMENT.**

Date: Oct 28, 2021

*Issuing officer's signature*

City and state: Brownsville, Texas

Sarah Castillo, Deputy Clerk
*Printed name and title*

### Return

This warrant was received on *(date)* 10/28/2021, and the person was arrested on *(date)* 12/07/2021
at *(city and state)* PEMBROKE, NC.

Date: 12/07/2021

W. BREWSTER
*Arresting officer's signature*

(A) SDUSM. W. BREWSTER
*Printed name and title*

USMS RALEIGH, NC.